1. MALINKA MOYE
   40. 42. PARSON STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO

4.

5.

6.

7.

8.                    UNITED STATES DISTRICT COURT

9.                    NORTHERN DISTRICT OF CALIFORNIA

10.

11. MALINKA MOYE.                    )         CASE NO.
                    Plaintiff,        )
12.                                    )         CV  08    2057
                                       )
13.         vs.                        )
                                       )         COMPLAINT
14. MYRAIDVENTURESINC. DBA BAY CAR STEREO )
                    Defendant,         )
15.                                    )
                                       )         DATE:
16.             .                      )         TIME:
                                       )         COURTROOM:
17..                                   )
                                       )
18._____)

19.

20.       Plaintiff MALINKA MOYE alleges:

21.       1. Plaintiff is & was at all times mentioned herein a citizen of the State of California.

22.       2. JURISDICTIONAL ALLEGATION, RACKETERING INFLUENCED CORRUPT ORGANIZATION.

23. FAIR LABOR STANDARDS ACT.

24. Myriad ventures inc. dba BAY CAR STEREO is a corporation incorporated under the laws of the State of California

25. having its principal place of business of business in the State of California. Myriad ventures inc. DBA BAY CAR STEREO

26. is a corporation incorporated under the laws of the State of California having its principal place of business in the State of

27. California

28.    1.

1.                           UNITED STATES DISTRICT COURT

2.                           NORTHERN DISTRICT OF CALIFRONIA

3.

4.       The jurisdiction of this Court over the subject matter of this action is predicated on 28 USC 1332.

5. The amount in controversy exceeds $75,000.00, exclusive of interest & costs.

6.       3. All defendants reside in this district.

7.       4.         ORGANIZE CRIME.  FAIR LABOR STANDARDS ACT.

8.

9.       5. WHEREFORE, Plaintiff prays for judgement against defendants.  PAUL KIM.

10.   MYRIUAD VENTURES INCF. DBA BAY CAR STEREO as follows:   Damages in the sum of $ 53, 768.00

11.

12.

13.

14.

15.

16.

17.

18. DATED: April 18, 2008                    _____
                                                                                MALINKA MOYE.
19.

20.

21.

22.

23.

24.

25.

26.

27.