RECEIVED

'08 APR 17 P 4: 14

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Clear Form

FILED
08 APR 21 PM 1: 36
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

1

2

3

4

5

6

7

8

9

10

11                           Plaintiff,         CASE NO. _____ 2057

12    vs.                                **APPLICATION TO PROCEED**

13                                         **IN FORMA PAUPERIS**

14                Defendant.    **(Non-prisoner cases only)**

15

16       I, _____ , declare, under penalty of perjury that I am the plaintiff

17 in the above entitled case and that the information I offer throughout this application is true and

18 correct. I offer this application in support of my request to proceed without being required to

19 prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20 unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21       In support of this application, I provide the following information:

22 1.     Are you presently employed?             Yes ___ No X

23 If your answer is "yes," state both your gross and net salary or wages per month, and give the

24 name and address of your employer:

25 Gross: League-Minimum           Net:

26 Employer: Free Agent Athlete

27                Political Fundraiser.

28 If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____ Christopher Velwhole 6 _____

4  5.    Do you own or are you buying a home?    Yes ___    No X

5  Estimated Market Value: $ __N/A__ Amount of Mortgage: $ _____

6  6.    Do you own an automobile?    Yes X    No ___

7  Make _Chevy_____    Year _1984_____    Model _Vette___

8  Is it financed? Yes ____    No X    If so, Total due: $ _____

9  Monthly Payment: $ __N/A__

10  7.    Do you have a bank account?  Yes X  No ___ (Do not include account numbers.)

11  Name(s) and address(es) of bank: ___Washington Mutual___

12  _____

13  Present balance(s): $ ____0.00____

14  Do you own any cash?  Yes ___  No X  Amount: $ _____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)                                    Yes ___  No X

17  _____

18  8.    What are your monthly expenses?

19  Rent: $ _____    Utilities: _____

20  Food: $ _____~$200    Clothing: _____

21  Charge Accounts:

22  | Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
23  | _____ | $ _____ | $ _____ |
24  | _____ | $ _____ | $ _____ |
25  | _____ | $ _____ | $ _____ |

26  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  _____

- 3 -

1   U.S. Dept of Ed

2   10.    Does the complaint which you are seeking to file raise claims that have been presented in

3   other lawsuits?   Yes ___  No ___

4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5   which they were filed.

6   448620    434297    747/68    450461

7   445998    433676    445235    450803

8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9   false statement herein may result in the dismissal of my claims.

10
11
12   DATE                           SIGNATURE OF APPLICANT

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -