1. MALINKA MOYE
   40. 42 PARSONS STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO.

4.

5.

6.                  UNITED STATES DISTRICT COURT

7.                  NORTHERN DISTRICT OF CALIFORNIA

8.

9.

10.                                   CV 08   2057
                                        CASE NO.

11. MALINKA MOYE.   )   NOTICE OF MOTION AND ADMIN-
                Plaintiff,   )   ISTRATIVE MOTION TO CONSIDER
12.                                     )   WHETHER CASES SHOULD BE REL-
                                      )   LATED PURSUANT TO CIVIL L.R.
13.    vs.   )   7-11. JUDGMENT. ATTORNEY
                                      )   GENERAL TO FILE CHARGES
14. MYRIAD VENTURES INC.DBA BAY CAR SYTERE   )   MEMORANDUM OF POINTS &
                Defendant,   )   AUTHORITIES. DECLARATION.
15.                                      )
                                      )   DATE:
16. _____ )   TIME:
                                                              COURTROOM:

17.        TO DEFENDANT AND ITS ATTORNEYS OF RECORD: MYRIAD VENTURES INC. DBA BAY CAR STEREO

18.        NOTICE IS HEREBY GIVEN that on _____, AT 9:00am, or as soon as thereafter as counsel

19. may be heard by the above entitled Court, located at 450 Golden Gate in the court room of Judge _____, plaintiff

20. will and hereby does move the court for judgement. Attorney General to file criminal charges against defendant.

21.    This motion is brought on the following grounds. RICO ACT. RACKETEERING INFLUENCED & CORRUPT ORG.

22. FAIR LABOR STANDARDS ACT. Defendant lied to plaintiff. Defendant set plaintiff up for police. SFPD. SSDP.

23. OFFICE OF THE DISTRICT ATTORNEY. Aided in UFTA ACT OF 1996. Defendant employed plaintiff. Only to

24. cover illegal realty transaction UFTA ACT OF 1996. CGC-05-445998. CGC-06-447164. FTP-01-043718. CGC-06-453938

25. CGC-06-450461 motion is based on Notice of motion & administrative motion to consider related cases pursuant to L.R. 7-11

27. Memorandum of Points & Authorities, declaration of Malinka Moye, pleadings

28. papers on file herein, & upon such other matters as may be presented to court at time of hearing

                                                                                               1.

1.                                    UNITED STATES DISTRICT COURT

2.                                    NORTHERN DISTRICT OF CALIFORNIA

3.

4.

5.                                    MEMMORANDUM OF POINTS AND AUTHORITIES

6.

7.

8.

9.                          RACKETEERING INFLUENCED & CORRUPPT ORGANIZATION

10.                                   FAIR LABOR STANDARDS ACT

11.

12.

13.

14.                                              DECLARATION

15.        I Malinka Moye plaintiff in the above-entitled actions. Declare that the foregoing is true and correct to the best of

16. my knowledge under the law of the State of California.

17.

18.

19.

20.

21.

22.

23. DATED: APRIL 17, 2008                                    _____
                                                                          MALINKA MOYE.
24.

25.

26.

27.

28.                                                                                                         2.