OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SAN FRANCISCO CA 941

RECEIVED
29 APR 2008

MAILED FROM ZIPCODE 94102
APR 29 2008
$00.41

MAY 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NIXIE     941    DE  1      00    05/02/08
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 94102348999               *1440-23852-29-38

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118

C08-2057 VRW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

APR 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Malinka Moye          Plaintiff(s), | No. C 08-2057 VRW |
| v. | |
| Myraid Ventures Inc. dba Bay Car Stereo | ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendant(s). | |

Pursuant to Civil LR 3-10, the application of plaintiff(s) in this action to proceed in forma pauperis is before the court for review. The court has considered the application and has carefully reviewed the complaint pursuant to 28 USC § 1915(e)(2).

IT IS ORDERED that leave to proceed in forma pauperis is:

☐   GRANTED and the clerk shall issue summons. IT IS FURTHER ORDERED, pursuant to 28 USC § 1915(d), that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the summons, complaint and any amendments or attachments, scheduling orders, plaintiff's affidavit and this order upon defendant(s). You must provide the Marshal with the names and current addresses of each of the defendants. It is your responsibility to ensure that the Marshal has sufficient information to identify and effect service upon each of the defendants. If the Marshal is unable to effect service of the summons and complaint upon a defendant within 120 days after the filing of the complaint through no fault of his own (for example, because you failed to provide sufficient information about the defendant or because the defendant is not where you claim), your action will be dismissed as to that defendant without prejudice under Federal Rule of Civil Procedure 4(m). This order does not relieve the court of its continuing obligation to dismiss the case if the court determines that the allegation of poverty is untrue, or that the action is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.

☐   DENIED and the plaintiff(s) shall pay the filing fee of $350.00 or make a partial payment of $_____ no later than 30 days from the date of this order. Failure to pay the filing fee by that date will result in dismissal of the action without prejudice. The clerk shall provide plaintiff(s) a copy of Rule 4 of the Federal Rules of Civil Procedure. It is your responsibility to obtain a summons from the clerk and to effect service of the summons and complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure. Failure to do so will result in dismissal of your case. This order does not relieve the court of its continuing obligation to dismiss the case if the court determines that the allegation of poverty is untrue, or that the action is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.

//
//
//
//
//

1   ☒   DENIED and the action is DISMISSED pursuant to 28 USC § 1915(e)(2)(B) based on
        the court's determination that the action
2       ☐   is frivolous or malicious
        ☒   fails to state a claim on which relief may be granted
3       ☐   seeks monetary relief against a defendant who is immune from such relief.

4   The clerk shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

                                            /s/ Vaughn R. Walker
                                            _____
                                            VAUGHN R. WALKER
                                            United States District Chief Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

        Plaintiff,

v.

MYRIAD VENTURES INC et al,

        Defendant.
_____/

Case Number: C08-2057 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118

Dated: April 29, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk

                                      *Cora Klein* (signature)